AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

_____WESTERN_____ District of _____OKLAHOMA_____

| | |
|---|---|
| GARRY L. SOLOMON | **BILL OF COSTS** |
| V. | |
| HSBC MORTGAGE CORPORATION (USA), et al. | Case Number: CIV-09-200-C |

Judgment having been entered in the above entitled action on ___April 20, 2012___ against ___Plaintiff, Garry L. Solomon___,
                                                                  Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................ | $ |
| Fees for service of summons and subpoena ................................................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $1,233.20 |
| Fees and disbursements for printing ......................................................... | $1,336.35 |
| Fees for witnesses (itemize on reverse side) ................................................. | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case .............. | $142.50 |
| Docket fees under 28 U.S.C. 1923 ........................................................... | |
| Costs as shown on Mandate of Court of Appeals ............................................. | |
| Compensation of court-appointed experts .................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ...... | |
| Other costs (please itemize) ................................................................. | |
| TOTAL | $ $2,712.05 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was electronically transmitted or mailed today with postage prepaid to: ___Plaintiff's attorney via ECF system___ .

Signature of Attorney:   s/Randon J. Grau

Name of Attorney:   Randon J. Grau, OBA #19109

For: ___Defendant, Baer & Timberlake, P.C.___                                 Date: 5/4/2012
         Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

ROBERT D. DENNIS                   By: _____        _____
Clerk of Court                              Deputy Clerk                              Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

*Certificate of Service*

☑ I hereby certify that on (date) May 4, 2012 _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Benjamin McCullar, OBA #14553
Kelli McCullar, OBA #20091
Benjamin McCullar, P.C.
228 N. Broadway
Shawnee, OK  74801
Email:  mccullarlaw@sbcglobal.net
Attorney For Plaintiff

☐ I hereby certify that on (date) 5/4/2012 _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/Randon J. Grau
_____
s/ Attorney Name

# OKLAHOMA LITIGATION SUPPORT

119 North Robinson
Suite 660
Oklahoma City, OK 73102
405.604.3222  Fax: 405.604.3227

## Invoice

| Date | Invoice Number |
|---|---|
| 6/24/2009 | 13279 |

**Bill To**

Cheek & Falcone
6301 Waterford Blvd.
Oklahoma City, Ok 73118

| Client Name | Reference/Client Matter | Terms | Rep | Federal ID Number |
|---|---|---|---|---|
| Diane Steele | 10437.037 ✓ | Net 15 | KD | 26-1604564 |

| Quantity | Description | Amount |
|---|---|---|
| 2,123 | Scanning of Documents-Heavy Handling | 392.76T |
| 4,246 | Black and white prints of images | 509.52T |
| 2,123 | Electronic Bates Stamping | 127.38T |
| 1 | CD Creation | 25.00T |

OK for payment - AS

**Received By:**

Sales Tax (8.375%)   $88.33

All invoices are terms of Net 15. The above signature is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 15 days. Interest at the rate of 1.5% per month will be charged on invoices not paid within 30 days.

**Total $1,142.99**

# OKLAHOMA LITIGATION SUPPORT

119 North Robinson, Suite 660
Oklahoma City, OK 73102

405.604.3222  Fax: 405.604.3227

www.oklitsupport.com

## Invoice

| Date | Invoice Number |
|---|---|
| 10/24/2011 | 22603 |

**Bill To**

Cheek & Falcone
6301 Waterford Blvd.
Oklahoma City, Ok 73118SA

| Client Name | Reference/Client Matter | Terms | Rep | Federal ID Number |
|---|---|---|---|---|
| Sandy Jupin | 10437.037 | Net 15 | KF | 26-1604564 |

| Quantity | Description | Amount |
|---|---|---|
| 531 | Scanning of Documents-Light Handling | 66.38T |
| 531 | Electronic Bates Stamping | 31.86T |
| 531 | Black and white prints of images | 53.10T |
| 1 | CD Creation | 25.00T |

B&T Doc. Prod.
0001-0531

OK
-JJH

**Received By:**

Sales Tax (8.375%)   $14.77

All invoices are terms of Net 15. The above signature is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 15 days. Interest at the rate of 1.5% per month will be charged on invoices not paid within 30 days.

**Total   $191.11**

## CHEEK & FALCONE, PLLC

PETTY CASH RECEIPT

$ 2.25 ✓   DATE: 2/2/12

FOR: 15 copies - OK Cty Ct. Hs. Law Library

FILE # 10437.037   ACCT # _____

MISC. EXPENSE: AAC research - no receipt

RECEIVED BY: [signature]

# INVOICE

D&R Reporting & Video, Inc.
119 North Robinson, Suite 650
Oklahoma City, OK  73102
Phone:405-235-4106   Fax:405-235-4115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 99129 | 12/9/2011 | 9219 |
| Job Date | Case No. | |
| 11/29/2011 | CIV-09-200-C | |
| Case Name | | |
| Garry Solomon vs HSBC Morgage | | |
| Payment Terms | | |
| Due upon receipt | | |

David Cheek
Cheek & Falcone
6301 Waterford Boulevard
Suite 320
Oklahoma City, OK  73118

Your 1/2 of the original and two copies of the deposition of Kelli McCullar
   Kelli McCullar                                                                             583.93

                                                    TOTAL DUE  >>>            $583.93

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.

All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.

We appreciate your business.

PLEASE NOTE EFFECTIVE JANUARY 1, 2012 OUR NEW ADDRESS WILL BE 400 N. WALKER, SUITE 160 OKLAHOMA CITY, OK 73102.
PHONE # 405-235-4106

**Tax ID:** 73-1334253                                               Phone: 405-286-9191    Fax:405-286-9670

*Please detach bottom portion and return with payment.*

David Cheek
Cheek & Falcone
6301 Waterford Boulevard
Suite 320
Oklahoma City, OK  73118

Job No.     : 9219              BU ID     : 1-MAIN
Case No.   : CIV-09-200-C
Case Name : Garry Solomon vs HSBC Morgage

Invoice No. : 99129             Invoice Date : 12/9/2011
**Total Due** : $ 583.93

Remit To: **D&R Reporting & Video, Inc.**
         **119 North Robinson, Suite 650**
         **Oklahoma City, OK  73102**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

10437.037

# INVOICE

D&R Reporting & Video, Inc.
119 North Robinson, Suite 650
Oklahoma City, OK 73102
Phone:405-235-4106   Fax:405-235-4115

*Please Approve* TW

**RECEIVED**
OK
BAC
OCT 2 4 2011

Cheek & Falcone

David Cheek
Cheek & Falcone
6301 Waterford Boulevard
Suite 320
Oklahoma City, OK 73118

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 98745 | 10/21/2011 | 8839 |
| **Job Date** | **Case No.** | |
| 10/11/2011 | CIV-09-200-C | |
| **Case Name** | | |
| Garry Solomon vs HSBC Morgage | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Your 1/2 of the original and two copies of the deposition of
  Garry Solomon

649.27

TOTAL DUE >>>     $649.27

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.
All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.
We appreciate your business.

**Tax ID:** 73-1334253

Phone: 405-286-9191   Fax:405-286-9670

*Please detach bottom portion and return with payment.*

David Cheek
Cheek & Falcone
6301 Waterford Boulevard
Suite 320
Oklahoma City, OK 73118

Job No.    : 8839          BU ID    : 1-MAIN
Case No.   : CIV-09-200-C
Case Name  : Garry Solomon vs HSBC Morgage

Invoice No. : 98745        Invoice Date : 10/21/2011
**Total Due** : $ 649.27

Remit To:  **D&R Reporting & Video, Inc.**
           **119 North Robinson, Suite 650**
           **Oklahoma City, OK 73102**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

```
                                                                        12133
CHEEK & FALCONE, PLLC                    BANCFIRST
8301 NORTH WATERFORD BLVD., SUITE 380    OKLAHOMA CITY, OKLAHOMA 73106
OKLAHOMA CITY, OK 73116    MR-09-6      MEMBER FDIC (405) 270-1000      6/18/2009
PH. (405) 286-9191                       30-363-1030

PAY TO THE   Pottawatomie County Court Clerk                    $  ************142.50
ORDER OF

-- One Hundred Forty Two and 50/100 --------------------------------- DOLLARS

   Pottawatomie County Court Clerk
   Ms. Reta Head
   325 North Broadway                              [signature]
   Shawnee, OK 74801
                                                   AUTHORIZED SIGNATURE
MEMO

⑆012133⑆ ⑈103003632⑈
```

6/23/2009   #12133   $142.50